ALDEN J. PARKER (SBN 196808)
MEAGAN D. CHRISTIANSEN (SBN 240679)
BASHAM PARKER LLP
701 University Avenue, Suite 220
Sacramento, California 95825
Telephone: (916) 925-5850
Facsimile: (916) 925-5854

Attorneys for Defendant
FULTON-EL CAMINO RECREATION & PARKS DISTRICT

MICHAEL PAZDERNIK (SBN 144337)
ADAMS & CORZINE
740 Oak Avenue Parkway, Suite 120
Folsom, CA 95630
Tele: (916) 983-3900
Facsimile: (916) 983-3922

Attorney for Plaintiff
STEVEN D. JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. JOHNSON<br><br>Plaintiff,<br><br>v.<br><br>FULTON-EL CAMINO RECREATION & PARKS DISTRICT and DOES 1 To 50,<br><br>Defendants. | Case No. 2:09-cv-01930-GEB-EFB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR THE DISCLOSURE OF EXPERT WITNESSES**<br><br>Trial Date: April 19, 2011 |

WHEREAS, as based on the April 19, 2011 trial date, the deadline to disclose expert witnesses is April 1, 2010, and the deadline to disclose rebuttal expert witnesses in May 3, 2010, in this matter;

WHEREAS, the parties have jointly agreed and stipulated to respectfully request that this Court grant a continuance of the deadline date for disclosure of expert witnesses from April 1, 2010 to May 3, 2010 and the deadline date for the disclosure of rebuttal witnesses from May 3, 2010 to June 3, 2010;

WHEREAS, this request is not being made of the purposes of delay, or any other improper purpose;

WHEREAS, the trial date in this matter is not for approximately one year;

WHEREAS, continuing the deadline for disclosing the expert witnesses and rebuttal expert witnesses will not prejudice either party or their counsel; and

NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant, through their respective attorneys of record, that this Court continue the deadline for the disclosure of expert witnesses and rebuttal expert witnesses.

Dated: March 25, 2010

ADAMS & CORZINE

By: /s/ Michael Pazdernik
MICHAEL PAZDERNIK

Attorney for Plaintiff
STEVEN D. JOHNSON

Dated: March 25, 2010

BASHAM PARKER LLP

By: /s/ Meagan D. Christiansen
ALDEN J. PARKER
MEAGAN D. CHRISTIANSEN

Attorneys for Defendant
FULTON-EL CAMINO RECREATION AND PARKS DISTRICT

## ORDER

Having reviewed the Stipulation of the parties, the deadline to disclose expert witnesses, currently set for April 1, 2010, is continued to May 3, 2010; and the deadline to disclose rebuttal matters described in prior order, currently set for May 3, 2010, be continued to June 3, 2010.

**IT IS SO ORDERED**.

Date: 3/25/10

GARLAND E. BURRELL, JR.
United States District Judge