1  ALDEN J. PARKER (SBN 196808)
   MEAGAN D. CHRISTIANSEN (SBN 240679)
2  BASHAM PARKER LLP
   701 University Avenue, Suite 220
3  Sacramento, California 95825
   Telephone: (916) 925-5850
4  Facsimile: (916) 925-5854

5  Attorneys for Defendant
   FULTON-EL CAMINO RECREATION & PARKS
6  DISTRICT

7  MICHAEL PAZDERNIK (SBN 144337)
   ADAMS & CORZINE
8  740 Oak Avenue Parkway, Suite 120
   Folsom, CA 95630
9  Tele: (916) 983-3900
   Facsimile: (916) 983-3922
10
   Attorney for Plaintiff
11 STEVEN D. JOHNSON

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15

16  STEVEN D. JOHNSON                        Case No. 2:09-cv-01930-GEB-EFB

17          Plaintiff,                       **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE FOR THE DISCLOSURE OF EXPERT WITNESSES**
18     v.

19  FULTON-EL CAMINO RECREATION &
    PARKS DISTRICT and DOES 1 To 50,
20
            Defendants.
                                             Trial Date:   April 19, 2011
21

22         WHEREAS, as based on the April 19, 2011 trial date, the deadline to disclose

23  expert witnesses is April 1, 2010, and the deadline to disclose rebuttal expert witnesses in May 3,

24  2010, in this matter;

25         WHEREAS, the parties jointly agreed and stipulated to and the Court ordered a

26  continuance of the deadline date for disclosure of expert witnesses from April 1, 2010 to May 3,

27  2010 and the deadline date for the disclosure of rebuttal witnesses from May 3, 2010 to June 3,

28  2010;

1  WHEREAS, the parties jointly agreed and stipulated to respectfully request that
2  this Court grant a continuance of the deadline date for disclosure of expert witnesses from May 3,
3  2010 to May 14, 2010 and the deadline date for the disclosure of rebuttal witnesses from June 3,
4  2010 to June 14, 2010;

5  WHEREAS, this request is being made due to the fact that the expert witness
6  retained by Defendant suffered an injury last week which has made completion of his written
7  report disclosing himself as an expert witness in this matter impossible;

8  WHEREAS, this request is not being made of the purposes of delay, or any other
9  improper purpose;

10  WHEREAS, the trial date in this matter is not for approximately eleven months;

11  WHEREAS, continuing the deadline for disclosing the expert witnesses and
12  rebuttal expert witnesses will not prejudice either party or their counsel; and

13  NOW, THEREFORE, IT IS HEREBY STIPULATED and agreed by Plaintiff and
14  Defendant, through their respective attorneys of record, that this Court continue the deadline for
15  the disclosure of expert witnesses and rebuttal expert witnesses.

16  Dated:  May 3, 2010                              ADAMS & CORZINE

18                                                           By:  /s/ Michael Pazdernik
19                                                                 MICHAEL PAZDERNIK

20                                                           Attorney for Plaintiff
                                                             STEVEN D. JOHNSON

22  Dated:  May 3, 2010                              BASHAM PARKER LLP

24                                                           By:  /s/ Meagan D. Christiansen
25                                                                 ALDEN J. PARKER
                                                                   MEAGAN D. CHRISTIANSEN

26                                                           Attorneys for Defendant
27                                                           FULTON-EL CAMINO RECREATION
                                                             AND PARKS DISTRICT

## **ORDER**

Having reviewed the Stipulation of the parties, the deadline to disclose expert witnesses, currently set for May 3, 2010, be continued to May 14, 2010; and the deadline to disclose rebuttal expert witnesses, currently set for June 3, 2010, be continued to June 14, 2010.

Date: 5/5/10

_____
GARLAND E. BURRELL, JR.
United States District Judge