IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>FULTON-EL CAMINO RECREATION &<br>PARKS DISTRICT,<br><br>  Defendant.<br>_____ | 2:09-cv-01930-GEB-EFB<br><br>ORDER* |

      Defendant's motion filed on May 2, 2011 for entry of final judgment under Federal Rule of Civil Procedure 54(b) on Plaintiff's federal claims is denied as moot, since judgment was entered on these claims June 2, 2011, (ECF No. 55.), in accordance with the order filed March 10, 2011.

Dated: June 2, 2011

                                       */s/ Garland E. Burrell, Jr.*
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

---

    *This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).